IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| THOMAS F. UPDEGROVE, JR. | BANKRUPTCY NO. 24-10637(PMM) |
| Debtor | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of THOMAS F. UPDEGROVE, JR. | |
| Plaintiff | |
| v. | ADVERSARY NO. 24-00073(PMM)) |
| THOMAS F. UPDEGROVE, III; CLARENCE BROOKE UPDEGROVE; and ROBIN LYNN MEITZLER | |
| Defendants | |

## ORDER

AND NOW, upon consideration of the Motion (the "Motion") of Plaintiff Christine C. Shubert (the "Plaintiff") for Default Judgment against Defendants, and good cause having been shown; it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Judgment is entered in favor of the Plaintiff and against Thomas F. Updegrove, III, Clarence Brooke Updegrove and Robin Lynn Meitzler (collectively, the "Defendants").

3. The transfer of the residential real property located at 24364 Shady Lane, Millsboro, DE 19966 (the "Real Property") by Thomas F. Updegrove, Jr. (the "Debtor"), as grantor, to the Defendants, as grantees, by way of a deed dated July 21, 2020 and recorded on July

31, 2020 (Document No. 2020000033713) and corrective deed dated August 21, 2020 and recorded on August 31, 2020 (Document No. 2020000039492) is hereby avoided and recovered by the Plaintiff pursuant to 11 U.S.C. §§ 544 and 550.

4. Title to the Real Property shall vest in the Plaintiff in her capacity as the Chapter 7 Trustee of the Debtor's bankruptcy estate.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

Dated: _____

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE